# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Leticia Gallego-Lopez**<br>YOB: 1997; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-07075MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about January 7, 2026, at or near Naco, in the District of Arizona, **Leticia Gallego-Lopez**, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through Harlingen, Texas on October 1, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

<u>Count 2</u>: On or about January 7, 2026, at or near Naco, in District of Arizona, **Leticia Gallego-Lopez**, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Leticia Gallego-Lopez** is a citizen of Mexico. On October 1, 2025, **Leticia Gallego-Lopez** was lawfully denied admission, excluded, deported and removed from the United States through Harlingen, Texas. On January 7, 2026, agents found **Leticia Gallego-Lopez** attempting to enter the United States at or near Naco, Arizona without the proper immigration documents. **Leticia Gallego-Lopez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Leticia Gallego-Lopez** admitted to illegally entering the United States of America from Mexico on or about January 7, 2026, at or near Naco, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

*DETENTION REQUESTED*

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Taylor W. Garrett
Border Patrol Agent

Sworn by telephone  x

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
January 8, 2026

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkin